UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALAN JESUS GARCIA,<br><br>Plaintiff,<br><br>v.<br><br>PRIMEFLIGHT AVIATION SERVICES, INC.,<br><br>Defendant. | Case No.  25-cv-09260-TLT<br><br>**OSC FOR FAILURE TO FILE AN OPPOSITION APRIL 9, 2026**<br><br>**ORDER VACATING THE HEARING DATE SCHEDULED FOR APRIL 7, 2026**<br><br>Re: Dkt. Nos. 20, 24, 29 |

The hearing on Defendant PrimeFlight Aviation Services, Inc.'s Motion to Dismiss Plaintiff Alan Jesus Garcia's Complaint scheduled for April 7, 2026 is hereby **VACATED**.

The Motion to Dismiss Plaintiff's Complaint Pursuant to FRCP 12(b)(6) was filed by PrimeFlight Aviation Services, Inc. on January 2, 2026.  The opposition was due on January 16, 2026.  To date, an opposition has not been filed by the Plaintiff.   ECF 20, 24.  Civil L.R. 7-4

If the plaintiff fails to prosecute or to comply with these rules or a court order, a defendant may move to dismiss the action or any claim against it.  Fed. R. Civ. P. 41(b).

The Plaintiff filed a separate case management statement on February 3, 2026 and addressed some of the issues pertaining to the Defendant's motion. The Court acknowledged that Plaintiff is a self-represented litigant and as such, the Plaintiff was referred to the HELP DESK for assistance on February 5, 2026.  ECF 29.

Once again, Alan Jesus Garcia, self-represented litigant, is encouraged to seek free legal assistance from the Legal Help Center located in the San Franciso courthouse. The Legal Help Center will not represent you as your lawyer, but can provide basic legal assistance at no cost. You can schedule an appointment by calling 415-782-8982 or emailing FedPro@sfbar.org. You can find more information at https://cand.uscourts.gov/pro-se-litigants/. The court also has a free guide

"Representing Yourself in Federal Court: A Handbook for Pro Se Litigants," which provides instructions on how to proceed at every stage of the case, including discovery, motions, and trial. You can access it online (https://cand.uscourts.gov/representing-yourself/pro-se-handbook) or in hard copy free of charge from the Clerk's Office

The matter is continued to **Thursday, April 9, 2026, at 3:00 p.m. via videoconference** for an order to show cause explaining why an opposition was not timely filed.

IT IS SO ORDERED.

Dated: March 18, 2026

_____
TRINA L. THOMPSON
United States District Judge

United States District Court
Northern District of California

2